HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 18-116JLR |
| Plaintiff, | ORDER GRANTING MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |
| vs. | |
| JOSH ROBINSON, | ~~(PROPOSED)~~ |
| Defendant. | |

THIS MATTER having come before the Court on defendant's motion for a continuance of the trial and the pretrial motions due date, and the Court having considered the facts set forth in the motion, the speedy trial waiver executed by defendant, and the records and files herein, the Court finds as follows:

The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and defendant in a speedy trial.

1. A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv). In addition, the failure

ORDER GRANTING MOTION TO
CONTINUE TRIAL AND PRETRIAL
MOTIONS DEADLINE  - 1
(*Josh Robinson*; CR 18-116JLR)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

to grant a continuance in the proceeding would be likely to result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

2. The ends of justice will be served by ordering a continuance in this case, as a continuance is necessary to ensure adequate time for the defense to effectively prepare for trial. All of these factors outweigh the best interests of the public and defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7).

IT IS THEREFORE ORDERED that the trial date shall be continued from July 23, 2018, to December 10, 2018, and pretrial motions are to be filed no later than November 7, 2018. *JLR*

IT IS FURTHER ORDERED that the resulting period of delay from the date of this order to the new trial date is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated this 25th day of June, 2018.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by,

s/ *Kyana Givens*
Assistant Federal Public Defender
Attorney for Josh Robinson

ORDER GRANTING MOTION TO
CONTINUE TRIAL AND PRETRIAL
MOTIONS DEADLINE - 2
(*Josh Robinson;* CR 18-116JLR)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100