HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-0116JLR |
| Plaintiff, | |
| v. | ORDER DENYING SECOND UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DATES |
| JOSH ROBINSON, | |
| Defendant. | |

The court has considered the unopposed motion to continue the trial date and pretrial motions deadline and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would not deny counsel for Defendant Josh Robinson the reasonable time necessary for effective preparation; and

(b) a failure to grant such a continuance in this proceeding would not likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is not a reasonable period of delay, as Mr. Robinson has already been granted more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

//

ORDER - 1

  (d) the ends of justice are best served by a speedy trial and by not granting a continuance; and

  (e) the additional time requested between the current trial date of December 10, 2018, and the requested new trial date is unnecessary to provide Mr. Robinson's counsel the reasonable time necessary to prepare for trial, considering counsel's schedule and all of the facts set forth above.

  IT IS THEREFORE ORDERED that the trial date in this matter remains December 10, 2018, with pretrial motions due November 15, 2018.

  Counsel should contact the Clerk to schedule a status conference if they have questions. The court notes that the issues in this case are "relatively limited," that the Federal Public Defender has been aware of this trial date since June 25, 2018, and that the Federal Public Defender internally transferred responsibility for this matter as of August, 2018.

  DATED this 31st day of October, 2018.

           JAMES L. ROBART
           United States District Judge