THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-116-JLR |
| Plaintiff, | |
| v. | (~~PROPOSED~~) ORDER GRANTING UNOPPOSED MOTION TO EXTEND REPORTING DATE |
| JOSH ROBINSON, | |
| Defendant. | |

This matter has come before the Court on Josh Robinson's unopposed motion to extend his reporting date. The Court has considered the motion and relevant files related to this case.

THE COURT NOW ORDERS that Mr. Robinson be allowed to self-report to FCI Terminal Island no later than 10 a.m. on May 21, 2019.

DATED this 16th day of April 2019.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Corey Endo*
Assistant Federal Public Defender
Attorney for Josh Robinson

ORDER TO EXTEND REPORTING DATE
(*Josh Robinson*, CR18-116-JLR-BAT) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100