THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-116-JLR |
| Plaintiff, | ORDER ~~(PROPOSED)~~ ~~GRANTING~~ DENYING MOTION TO MODIFY BOND |
| v. | |
| JOSH ROBINSON, | |
| Defendant. | |

This matter has come before the Court on Josh Robinson's motion (DKT #50) to modify his bond. The Court has considered the motion and relevant files related to this case.

THE COURT NOW ORDERS that Mr. Robinson's motion is DENIED. ~~bond be modified to reduce the electronic monitoring component from home confinement to curfew.~~ All ~~other~~ his conditions of bond remain in effect pending his incarceration at FCI Terminal Island.

DATED this 29 day of April 2019.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

~~Presented by:~~

~~s/ Corey Endo~~
~~Assistant Federal Public Defender~~
~~Attorney for Josh Robinson~~

ORDER TO MODIFY BOND
(*Josh Robinson*, CR18-116-JLR-BAT) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100